UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>MIGUEL ANGEL TELLO-CURIEL,<br><br>           Defendant. | No. CR-03-2219-EFS<br><br>**ORDER GRANTING THE GOVERNMENT'S MOTION FOR ORDER DISMISSING WITHOUT PREJUDICE** |

Before the Court is the Government's Motion for Order Dismissing Without Prejudice (Ct. Rec. 9). Leave of Court is given to dismiss the Superseding Indictment (Ct. Rec. 7); however, the Court makes no judgment as to the merit or wisdom of this dismissal. Accordingly, **IT IS HEREBY ORDERED**:

    1.   Government's Motion for Order Dismissing Without Prejudice **(Ct. Rec. 9)** is **GRANTED**.

    2.   The Superseding Indictment **(Ct. Rec. 7)** shall be **DISMISSED WITHOUT PREJUDICE**.

    3.   All pending motions are **DENIED AS MOOT**.

///

///

///

ORDER - 1

1  **IT IS SO ORDERED.** The District Court Executive is hereby directed
2  to enter this Order and furnish copies to counsel, the United States
3  Probation Office, and the U.S. Marshal's Office.
4      DATED this   29th   day of June 2007.

6          s/ Edward F. Shea
            EDWARD F. SHEA
7       United States District Judge

Q:\Criminal\2003\2219.dismiss.48a.frm

ORDER - 2